IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAZER IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1026-RGA-JLH |
| v. | ) |
| | ) |
| MICROCHIP TECHNOLOGY INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Defendant Microchip Technology Incorporated's Motion for Judgment on the Pleadings that U.S. Patent No. 6,701,508 is invalid pursuant to 35 U.S.C. § 101 (the "Motion"); and,

WHEREAS, good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2022 that the Motion is GRANTED.

_____
United States District Judge